# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JOHN "THE GREEK" PAINTING, INC.,** a Florida Corporation,
Appellant,

v.

**RJS CONSTRUCTION GROUP, INC.,** a Florida Profit Corporation,
Appellee.

No. 4D19-2909

[January 30, 2020]

Appeal of a nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Janis Brustares Keyser, Judge; L.T. Case No. 2019-CA-007455.

Bradford M. Cohen and Michael J. McMullen of Cohen & McMullen, Fort Lauderdale, for appellant.

Alan B. Rose and Richard L. Cartlidge of Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN and KLINGENSMITH, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***